UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH TAYLOR CURRY,

                 Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                 Defendant.

No. C09-5673FDB-KLS

ORDER DIRECTING SERVICE BY CLERK

This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C.§636(b)(1)(B). Plaintiff has been granted leave to proceed *in forma pauperis*. (Dkt. #2). The Clerk is directed to effect service as provided below:

    (1)    <u>Service by Clerk</u>

The Clerk shall send the following to each of the following via certified or registered mail in accordance with Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4(i) a copy of the complaint (Dkt. #3) and of this Order, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, a Waiver of service of Summons, and a return envelope, postage prepaid, addressed to the Clerk's Office;

- Michael J. Astrue, Commissioner of Social Security Administration, Office of the General Counsel, Social Security Administration, Room 617, Altmeyer Building, 6401 Security Blvd., Baltimore, MD 21235-6401;

- United States Attorney, Western District of Washington, 700 Stewart Street, Suite 5220, Seattle, Washington, 98101-1271; and

ORDER - 1

- Attorney General of the United States, Department of Justice, Room 4400, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001.

All costs of service shall be advanced by the United States. The Clerk shall assemble the necessary documents to effect service.

(2) <u>Response Required</u>

Defendant shall have **thirty (30) days** within which to return the enclosed Waiver of Service of Summons. If defendant timely returns the signed Waiver, defendant shall have **sixty (60) days** after the date designated on the Notice of Lawsuit to file and serve an answer or a motion directed to the complaint, as permitted by Fed. R. Civ. P. 12.

If defendant fails to timely return the signed Waiver, defendant will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Fed. R. Civ. P. 4(d)(2). If defendant has been personally served, defendant shall file an answer or motion permitted under Fed. R. Civ. P. 12 within **thirty (30) days** after service.

(3) <u>Filing and Service by Parties, Generally</u>

All original documents and papers submitted for consideration by the Court in this case, and a duplicate of all such papers, are to be filed with the Clerk of this Court. The originals and copies of all such papers shall indicate in the upper right-hand corner the name of the Magistrate Judge to whom the copies are to be delivered. The papers shall be accompanied by proof that such documents have been served upon counsel for the opposing party (or upon any party acting pro se). The proof shall show the day and manner

ORDER - 2

of service and may be written acknowledgment of service, by certificate of a member of the bar of this Court, or by affidavit of the person who served the papers.

(4) <u>Motions</u>

Any request for Court action shall be set forth in a motion, properly filed and served, pursuant to the requirements of Local Rule CR 7. If a party fails to file and serve timely opposition to a motion, the Court may deem any opposition to be without merit.

(5) <u>Direct Communications with District Judge or Magistrate Judge</u>

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

(6) <u>Clerk's Action</u>

The Clerk is directed to send a copy of this Order and of the General Order issued by the Magistrate Judges to plaintiff and to defendant and defendant's counsel, if any.

DATED this 19th day of February, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 3