UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH TAYLOR CURRY,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security

                Defendant.

Case No. C09-5673BHS-KLS

ORDER DIRECTING PLAINTIFF TO FILE OPENING BRIEF

This matter comes before the Court on the failure of plaintiff to file an opening brief in accordance with the Court's order setting a briefing schedule. (Dkt. #23). In that order, plaintiff was directed to file his opening brief by August 2, 2010. (Id.). To date, however, plaintiff has not done. Accordingly, plaintiff hereby is ORDERED to file an opening brief by **no later than August 31, 2010**. **Plaintiff is warned, however, that failure to file an opening brief by this date shall result in a recommendation that the complaint be dismissed without prejudice for failure to prosecute.**

The Clerk is directed to send a copy of this order to plaintiff and counsel for defendants.

DATED this 12th day of August, 2010.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER - 1