# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH TAYLOR CURRY

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5673BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**; and

Plaintiff's complaint is **DISMISSED without prejudice.**


   October 1, 2010                                      BRUCE RIFKIN
Date                                                    Clerk

                                                       *s/CM Gonzalez*
                                                       Deputy Clerk